UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT



CIVIL DOCKET NO. 2:03-CV-109

| | |
|---|---|
| MARK J. FRASER,<br>    Plaintiff | )<br>)<br>)<br>) |
| Vs. | )   **COMPLAINT AND**<br>)   **JURY DEMAND** |
| CITY OF BURLINGTON, VERMONT | )<br>)<br>)<br>) |
| AND | )<br>)<br>) |
| PETER CLAVELLE,<br>MAYOR AND CHIEF EXECUTIVE OFFICER<br>OF THE CITY OF BURLINGTON, VERMONT<br>    Defendants | )<br>)<br>)<br>) |

NOW COMES Mark J. Fraser, pro se, a citizen of Burlington, Vermont and files this complaint against the City of Burlington, Vermont and Peter Clavelle, acting in his capacity of Mayor and Chief Executive Officer of the City of Burlington, Vermont as follows:

### JURISTICTION

1.    This action is brought under Title 42 U.S.C. 1983.

2.    Venue in the District of Vermont is proper under 28 U.S.C. 1391 (b). All Defendants reside in the District of Vermont and each claim for relief arose in the District of Vermont.

## PARTIES

2.  At the time of the filing of this Complaint and at all times relevant hereto, the Plaintiff, Mark J. Fraser, was a resident of 140 Shore Road, Burlington, Vermont 05401.

3.  The City of Burlington, Vermont is a Defendant by and through its employees and officers.

4.  Peter Clavelle was at all times relevant hereto Mayor and Chief Executive Officer of the City of Burlington, Vermont and was responsible to carry out his duties in good faith and in accordance with the laws, rules, regulations and ordinances of the City of Burlington, Vermont.

## COMPLAINT

5.  In September 1988, Plaintiff purchased his primary residence at 140 Shore Road, Burlington, Vermont.

6.  Since approximately October 1988, the Plaintiff has petitioned the City of Burlington, Vermont for appropriate relief from an inordinate and disparate amount of vehicular traffic generated by and arbitrarily manipulated from preferentially treated housing developments.

7.  The City of Burlington, Vermont by and through its agents (namely Steven Goodkind, et al) has prejudicially conspired to deny the Plaintiff equal protection and access to the laws and services that are federally and constitutionally mandated. This includes but is not limited to the rights of Due Process in the implementation of traffic calming, street engineering, and housing development review. Conversely, such rights were afforded other constituents to their benefit, albeit, to the detriment of the Plaintiff.

8.  As a result of the exclusionary actions by the Defendants, the Plaintiff has suffered the loss of use and enjoyment of his real property, physical endangerment, emotional distress and financial losses.

## DEMAND

9.  Plaintiff demands a Trial by Jury.

WHEREFORE, the Plaintiff respectfully prays:

A.   That judgment be entered against the City of Burlington, Vermont and Peter Clavelle, Mayor and Chief Executive Officer, jointly and severally;

B.   That the Plaintiff be awarded $1,000,000.00, together with attorney's fees and costs incurred in bringing this action;

C.   That the Plaintiff be awarded compensatory damages and punitive damages and consequential damages in amounts to be proven at trial; and

D.   That the Plaintiff be awarded such other additional relief as the Court may deem just and equitable.

DATED this 7th day of April, 2003.

Respectfully Submitted,

MARK J. FRASER - Pro Se
140 Shore Road
Burlington, Vermont 05401
802-860-1847

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

MARK J. FRASER )
_____ )
_____ )
           Plaintiff(s),

Docket No. 2:03-CV-109

VS.

CITY OF BURLINGTON, VERMONT )

and   PETER CLAVELLE )
      Mayor and Chief Executive Officer
_____,)
           Defendant(s).

## CERTIFICATE OF SERVICE

I certify that on this 7th day of April, 2003 I served this document: Civil Cover Sheet - Summons - Waiver of Service - Notice of Pro Se Appearance _____ on all other parties in this case by sending a copy via first class mail to (list the name and address of the person(s) you sent a copy to):

Peter Clavelle, Mayor
City Hall
149 Church Street
Burlington, Vermont   05401

Joseph McNeil, Legal Counsel
City Hall
149 Church Street
Burlington, Vermont   05401

_____
Signature                Pro Se Party